FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0273

_____

R.S. and D.S.,

     Plaintiffs and Appellants,

    v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

     Respondent and Appellee.

_____

O R D E R

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022